# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143596 & (28)(29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRYAN CROTEAU,
        Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
        Defendant-Appellant.
_____/

SC: 143596
COA: 303030
Oakland CC: 2010-113223-NF

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 11, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay of trial court proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

                                Clerk

h1017